

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00131-CV

IN RE KAVEH BARAKHSHAN AND                                   RELATORS
HAMID BARAKHSHAN

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relators' petition for writ of mandamus and the response to the petition for writ of mandamus filed by the real parties in interest. Because the trial court has entered an order vacating its March 29, 2012 Temporary Restraining Order, Order on Expedited Discovery and Orders on Accounting, this court is of the opinion that relief should be denied as moot. Accordingly, we lift our April 5, 2012 stay order and deny relators' petition for writ of mandamus as moot.

PER CURIAM

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and MEIER, J.

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

DELIVERED:  April 10, 2012